IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EASTCO INTERNATIONAL CORPORATION, | |
| Plaintiff, | No. 09 CV 5400 |
| v. | |
| | Judge Blanche M. Manning |
| COYOTE LOGISTICS, LLC, a limited liability company, | Magistrate Jeffrey Cole |
| Defendant. | |

## COYOTE LOGISTICS, LLC'S MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Coyote Logistics LLC, by its counsel, respectfully moves the Court to dismiss

Plaintiff Eastco International Corporation's First Amended Complaint with prejudice pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure for the reasons set forth in its

Memorandum of Law in Support of Motion to Dismiss, filed contemporaneously herewith.


DATED: September 8, 2009                                Respectfully submitted,

Anthony J. Ashley, #6209519                            **COYOTE LOGISTICS LLC**
Rebecca L. Dandy, #6293585
Vedder Price P.C.
222 North LaSalle Street                               By: __s/ Anthony J. Ashley_____
Suite 2600                                                   One of Its Attorneys
Chicago, Illinois 60601-1003
T: (312) 609-7500
F: (312) 609-5005


CHICAGO/#1976821